**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7795**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JAMES T. MORRIS,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  Charles H. Haden II, Chief District Judge.  (CR-96-173, CA-98-5-2)

———————

Submitted:  February 11, 1999          Decided:  February 25, 1999

———————

Before ERVIN, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

James T. Morris, Appellant Pro Se.  Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James T. Morris seeks to appeal the district court's order denying his motion for reconsideration of the court's denial of his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's order and find the appeal is frivolous. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court as explained in its order denying leave to appeal in forma pauperis. United States v. Morris, No. CR-96-173; CA-98-5-2 (S.D.W. Va. Dec. 9, 1998). We also deny Appellant's motion seeking in forma pauperis status. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED